ACCEPTED
01-15-00790-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/22/2015 11:30:31 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00790-CV

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT OF TEXAS

AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/22/2015 11:30:31 AM
CHRISTOPHER A. PRINE
Clerk

_____

LATTER DAY DELIVERANCE REVIVAL CHURCH          APPELLANT

V.

THE HOUSTON HOUSING AUTHORITY          APPELLEE

_____

**DESIGNATION OF LEAD COUNSEL**
**[filed by Appellee Houston Housing Authority]**

_____

Appellee Houston Housing Authority designates P. Michael Jung as its lead counsel in this appeal.

Respectfully submitted,

/s/ P. Michael Jung
P. MICHAEL JUNG
State Bar No. 11054600
KEVIN J. MAGUIRE
State Bar No. 12827900
KIMBERLY H. MURPHY
State Bar No. 24075619

SAMUEL J. LOUIS
State Bar No. 12588040

**DESIGNATION OF LEAD COUNSEL – Page 1**

SP-#7215497-v1-HHA_Designation_of_Lead_Counsel.docx

Strasburger & Price, LLP
909 Fannin Street, Suite 2300
Houston, TX 77010
713.951.5604
832.397.3503 (telecopy)
sam.louis@strasburger.com

Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
214.651.4300
214.651.4330 (telecopy)
michael.jung@strasburger.com
kevin.maguire@strasburger.com
kim.murphy@strasburger.com

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that this Designation of Lead Counsel has been served on all parties to this appeal by electronic service through eFile Texas.gov on: Aaron Street, Esq., Attorney for Appellant Latter Day Deliverance Revival Church; and Hiram S. Sasser III, Esq., Attorney for Appellant Latter Day Deliverance Revival Church; both on this 22nd day of September, 2015.

*/s/ P. Michael Jung*
P. MICHAEL JUNG

**DESIGNATION OF LEAD COUNSEL – Page 2**
SP-#7215497-v1-HHA_Designation_of_Lead_Counsel.docx